UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>DENNIS McLERRAN, *et al.*,<br><br>           Defendants. | No. C11-1759RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On April 22, 2013, plaintiffs filed an "Amended Complaint" Dkt. # 61. There is no indication in the record that the opposing parties consented to this amendment or that the Court granted plaintiffs leave to amend. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), plaintiffs' opportunity to amend their complaint as a matter of course expired twenty-one days after defendants responded to the initial pleading. Defendants answered plaintiffs' complaint at least a year before plaintiffs filed their amended complaint.

Plaintiffs are hereby ORDERED TO SHOW CAUSE, within seven days of the date of this Order, why the "Amended Complaint" should not be stricken. The Clerk of Court is directed to note this "Order to Show Cause" on the Court's calendar for Friday, May 3, 2013.

ORDER TO SHOW CAUSE

Dated this 23rdth day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge