HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> THE SPOKANE TRIBE OF INDIANS, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> DENNIS MCLERRAN, *et al.*, <br><br> Defendants, <br><br> and <br><br> SPOKANE COUNTY; KAISER ALUMINUM WASHINGTON LLC; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY, <br><br> Defendant-Intervenors. | No. C11-1759RSL <br><br> STIPULATATION AND [PROPOSED] MODIFIED BRIEFING SCHEDULE |

STIPULATION AND [PROPOSED]
BRIEFING SCHEDULE  - 1

Case No. C11-1759RSL

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

All the Parties in this action -- Plaintiffs Sierra Club and Center for Environmental Law & Policy ("Plaintiffs"), Defendants United States Environmental Protection Agency ("EPA") Dennis McLerran, EPA Administrator Regina McCarthy and the United States Environmental Protection Agency (collectively "EPA"), Intervenor-Plaintiff Spokane Tribe of Indians, and Intervenor-Defendants Spokane County, Kaiser Aluminum Washington LLC, and State of Washington, Department of Ecology -- jointly stipulate to the following modified briefing schedule.   Pursuant to the Court's Scheduling Order in this case (Dkt. 58), the Parties proposed a briefing schedule for summary judgment briefing that would resolve this case (Dkt. 73), which the Court adopted on September 12, 2013 (Dkt. 74).  In accordance with that schedule, Plaintiffs and Intervenor-Plaintiff Spokane Tribe of Indians filed their respective motions for summary judgment on September 19 and 20, 2013.  However, due to the lapse in federal appropriations and federal government shutdown, briefing in this matter was suspended, at the request of Federal Defendant EPA and with the agreement of the other Parties, per the Court's order dated October 9, 2013. (Dkt.86).  Since the resumption of federal appropriations, all counsel have conferred and agreed to the following modification to the briefing schedule.   The format for briefs and page lengths set out below is the same as previously approved by the Court; only the dates for filing of the briefs have been modified.  These changes in the filing dates are necessary due to the prior lapse in federal appropriations, the press of work in other federal court litigation to which the undersigned counsel for EPA is assigned, and to accommodate intervening holiday schedules and work commitments of other counsel in this case.  A further description of the nature of this case and the basis for the briefing format is set forth in the Parties' prior proposal and stipulation that was approved by the Court.  (Dkt. 74).

STIPULATION AND [PROPOSED]
BRIEFING SCHEDULE  - 2

Case No. C11-1759RSL

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

Accordingly, the Parties' proposed modified summary judgment briefing schedule for the outstanding briefs is as follows:

| | Brief | Filing Date | Page Limit |
|---|---|---|---|
| B. | Defendant EPA's Consolidated Brief (a) in Support of its Cross-Motion for Summary Judgment and (b) in Opposition to Plaintiffs' and Intervenor-Plaintiff Tribe of Spokane Indians' Respective Motions for Summary Judgment | January 15, 2014 | 46 |
| | Intervenor-Defendant Kaiser Aluminum's Brief in support of its Motion for Summary Judgment | January 31, 2014 | 12 |
| | Intervenor-Defendant Spokane County's Brief in Support of its Motion for Summary Judgment | January 31, 2014 | 12 |
| | Intervenor-Defendant Washington Department of Ecology's Brief in support of its Motion for Summary Judgment | January 31, 2014 | 12 |
| C. | Plaintiffs' Consolidated Brief (a) in Response to Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and (b) in Reply in Support of Motion for Summary | February 26, 2014 | 28 |
| | Intervenor-Plaintiff Tribe of Spokane Indians' Consolidated Brief (a) in Response to Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and (b) in Reply in Support of Motion for Summary | February 26, 2014 | 10 |
| D. | Defendant EPA's Reply in Support of its Cross-Motion for Summary Judgment | April 9, 2014 | 28 |
| | Intervenor-Defendant Kaiser Aluminum's Reply in support of its Motion for Summary Judgment | April 9, 2014 | 10 |
| | Intervenor-Defendant Spokane County's Reply in Support of its Motion for Summary Judgment | April 9, 2014 | 10 |

STIPULATION AND [PROPOSED] BRIEFING SCHEDULE  - 3

Case No. C11-1759RSL

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

| | | |
|---|---|---|
| Intervenor-Defendant Washington Department Of Ecology's Reply in Support of its Motion for Summary Judgment | April 9, 2014 | 10 |

## ORDER

IT IS SO ORDERED, on this _____ day of _____, 2013.

_____
United States District Court Judge

STIPULATION AND [PROPOSED]
BRIEFING SCHEDULE  - 4

Case No. C11-1759RSL

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

Respectfully stipulated to and submitted by:

SMITH & LOWNEY, PLLC

By: /S/ Richard Smith
    Richard A. Smith, WSBA #21788
Attorneys for Plaintiff
2317 E. John St., Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
rasmithwa@igc.org

ROBERT DREHER
Acting Assistant Attorney General
Environmental and Natural Resources Div.

By: /S/ David Kaplan
David J. Kaplan
Attorneys for Federal Defendants
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov

FOSTER PEPPER PLLC

By: /S/ Lori Gregory
    Lori Terry Gregory, WSBA #22006
Attorneys for Intervenor Spokane County
1111 Third Ave., Ste. 3400, Seattle, WA 98101
(206) 447-4400
terrl@foster.com

PERKINS COIE LLP

By: /S/ Margaret Hupp
    Margaret C. Hupp, WSBA #43295
Attorneys for Intervenor Kaiser Aluminum Washington LLC
1201 Third Ave., Ste. 4800, Seattle, WA 98101
(206) 359-8000
MHupp@perkinscoie.com

STIPULATION AND [PROPOSED]
BRIEFING SCHEDULE  - 5

Case No. C11-1759RSL

BOB FERGUSON
Attorney General

By: /S/ Ronald Lavigne
    Ronald L. Lavigne, WSBA #18550
Attorneys for Intervenor State of Washington, Dept. of Ecology
P.O. Box 40117, Olympia, WA 98504
(360) 586-6751
RonaldL@atg.wa.gov


/S/ Theodore Knight
Theodore Clare Knight, WSBA# 39683
Attorney for the Spokane Tribe of Indians
9121 NE Briar Rose Lane
Bainbridge Island, WA 98110
509-953-1908
Email: theodoreknight@hotmail.com

STIPULATION AND [PROPOSED]
BRIEFING SCHEDULE  - 6

Case No. C11-1759RSL

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044