Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB; and CENTER FOR ENVIRONMENTAL LAW AND POLICY, <br><br>  Plaintiffs, <br>  and <br><br> SPOKANE TRIBE OF INDIANS, <br><br> Plaintiff-Intervenor, <br><br>  v. <br><br> DENNIS MCLERRAN; LISA JACKSON; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY <br><br>  Defendants, <br>  and <br><br> SPOKANE COUNTY: KAISER ALUMINUM WASHINGTON LLC; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY, <br><br> Intervenors. | No. 2: 11-cv-01759-RSL <br><br><br> DECLARATION OF BRIAN CROSSLEY IN SUPPORT OF THE SPOKANE TRIBE OF INDIANS' MOTION FOR SUMMARY JUDGMENT |

I, Brian Crossley, declare under the penalty of perjury under the laws of the United States of America:

DECLARATION OF BRIAN CROSSLEY
IN SUPPORT OF SPOKANE TRIBE'S MOTION
TO FOR SUMMARY JUDGMENT -1
No. C11-1759RSL

OFFICE OF THE SPOKANE TRIBAL ATTORNEY
P.O. Box 100
Wellpinit, WA 98840
(509) 953-1908

1. I am a resident of Stevens County, Washington, over the age of eighteen years, and am competent to make this declaration based on my personal knowledge and experience.

2. I am the Spokane Tribe's Water and Fish Program Manager, a division of the Spokane Tribe of Indians' Natural Resources Department.

3. As part of my position, I have reviewed PCB testing results from recent data collected within the Spokane River that flows through the Spokane Indian Reservation.

4. Seventy-four fish were grouped into seventeen fish tissue composites that were taken from the Spokane River within and near the border of the Spokane Tribe of Indians Reservation in the fall of 2012.

5. For those seventeen composites, the average PCB level in the tissue was 34.85 ng/g.

6. The National Toxic Rule tissue standard is 5.3 ng/g which is Washington State's standard for PCBs in fish tissue, EPA's recommended screening value for subsistence users in fish tissue is .245 ng/g, and the Spokane Tribe's current standard for fish tissue is .04 ng/g.

7. This data indicates that the average fish sampled within the Tribe's waters has levels of PCBs 6.6 times higher than the State standard, 142.24 times higher than EPA's subsistence screening level standard, and 871.25 times higher than the Tribe's standard for fish tissue.

EXECUTED this 11th day of March, 2014 in Wellpinit, Washington.

Brian Crossley

DECLARATION OF BRIAN CROSSLEY
IN SUPPORT OF SPOKANE TRIBE'S MOTION
TO FOR SUMMARY JUDGMENT -2
No. C11-1759RSL

OFFICE OF THE SPOKANE TRIBAL ATTORNEY
P.O. Box 100
Wellpinit, WA 98840
(509) 953-1908