The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB; and CENTER FOR ENVIRONMENTAL LAW AND POLICY,<br><br>                Plaintiffs,<br><br>   and<br><br>THE SPOKANE TRIBE OF INDIANS,<br><br>                Plaintiff-Intervenor,<br>   v.<br><br>DENNIS McLERRAN; GINA MCCARTHY; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>                Defendants,<br>   and<br><br>SPOKANE COUNTY, a political subdivision of the State of Washington; KAISER ALUMINUM WASHINGTON LLC, a Delaware corporation; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY,<br><br>                Defendant-Intervenors. | Case No. 2:11-CV-1759-BJR<br><br>SPOKANE COUNTY'S NOTICE OF JOINDER IN EPA'S CONTINGENT NON-OPPOSITION TO THE TRIBE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT |

SPOKANE COUNTY'S NOTICE OF JOINDER IN EPA'S CONTINGENT NON-OPPOSITION TO THE TRIBE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT-1
NO. 2:13-cv-00383-JLR
51531584.1

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600   FAX (509) 777-1616

Defendant-Intervenor Spokane County ("Spokane") hereby joins and adopts by reference EPA's Contingent Non-Opposition to the Tribe's Motion for Leave to File Supplemental Complaint [Dkt. No. 164].

RESPECTFULLY SUBMITTED this 20th day of June, 2016.

FOSTER PEPPER PLLC

*/s/ John Ray Nelson*
John Ray Nelson, WSBA # 16393
Lori A. Terry, WSBA # 22006

*Attorneys for Spokane County*

SPOKANE COUNTY'S NOTICE OF JOINDER IN EPA'S CONTINGENT NON-OPPOSITION TO THE TRIBE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT-2
NO. 2:13-cv-00383-JLR
51531584.1

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on June 20, 2016.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED at Spokane, Washington, this 20th day of June, 2016.

s/ *Pam McCain*
Pam McCain
Legal Assistant

SPOKANE COUNTY'S NOTICE OF JOINDER IN EPA'S CONTINGENT NON-OPPOSITION TO THE TRIBE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT-3
NO. 2:13-cv-00383-JLR
51531584.1

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616