HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, | No. 11-1759BJR |
| Plaintiffs, | |
| and | |
| THE SPOKANE TRIBE OF INDIANS, | EPA'S RESPONSE TO THE MOTION TO INTERVENE BY THE CITY OF COEUR D'ALENE |
| Plaintiff-Intervenor, | |
| v. | |
| DENNIS McLERRAN, *et al.*, | |
| Defendants, | |
| and | |
| SPOKANE COUNTY; KAISER ALUMINUM OF WASHINGTON LLC; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY, | |
| Defendant-Intervenors. | |

Defendants McLerran, *et al.* (collectively Environmental Protection Agency or "EPA") take no position on the motion to intervene filed by the City of Coeur d'Alene (ECM No. 169).

EPA'S RESPONSE TO THE MOTION TO
INTERVENE FILED BY THE CITY OF
COUER D'ALENE         - 1
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
P.O. Box 7611
Washington D.C. 20044

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | JOHN C. CRUDEN<br>Assistant Attorney General<br>Environmental and Natural Resources Div. |
| 5 | |
| 6 | By: /s/ David J. Kaplan<br>David J. Kaplan |
| 7 | United States Department of Justice<br>Environmental Defense Section |
| 8 | P.O. Box 7611<br>Washington, DC 20044 |
| 9 | (202) 514-0997 |
| 10 | David B. Glazer<br>Natural Resources Section |
| 11 | San Francisco Field Office<br>301 Howard Street, Suite 1050 |
| 12 | San Francisco, California 94105<br>(415) 744-6477 |
| 13 | (415) 744-6476 |

EPA'S RESPONSE TO THE MOTION TO
INTERVENE FILED BY THE CITY OF
COUER D'ALENE         - 2
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
P.O. Box 7611
Washington D.C.  20044

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was electronically filed with the Clerk of the Court on August 8, 2016, using the CM/ECF system, which will send notification of said filing to the attorneys of record registered with the Court's CM/ECF system.

/S/ David Kaplan

EPA'S RESPONSE TO THE MOTION TO
INTERVENE FILED BY THE CITY OF
COUER D'ALENE                 - 3
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
P.O. Box 7611
Washington D.C.  20044