HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, | No. 11-1759BJR |
|     Plaintiffs, | |
|   and | |
| THE SPOKANE TRIBE OF INDIANS, | EPA'S RESPONSE TO THE MOTION TO INTERVENE BY THE INLAND EMPIRE PAPER COMPANY |
|     Plaintiff-Intervenor, | |
|     v. | |
| DENNIS McLERRAN, *et al.*, | |
|     Defendants, | |
|   and | |
| SPOKANE COUNTY; KAISER ALUMINUM OF WASHINGTON LLC; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY, | |
|     Defendant-Intervenors. | |

Defendants McLerran, *et al.* (collectively Environmental Protection Agency or "EPA") take no position on the motion to intervene filed by the Inland Empire Paper Co. (ECM No. 172).

EPA'S RESPONSE TO THE MOTION TO
INTERVENE FILED BY THE INLAND
EMPIRE PAPER CO.   - 1
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
P.O. Box 7611
Washington D.C. 20044

1
2           Respectfully submitted,
3
            JOHN C. CRUDEN
4           Assistant Attorney General
            Environmental and Natural Resources Div.
5
            By: /s/ David J. Kaplan
6           David J. Kaplan
            United States Department of Justice
7           Environmental Defense Section
            P.O. Box 7611
8           Washington, DC 20044
            (202) 514-0997
9
            David B. Glazer
10          Natural Resources Section
            San Francisco Field Office
11          301 Howard Street, Suite 1050
            San Francisco, California  94105
12          (415) 744-6477
            (415) 744-6476
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

EPA'S RESPONSE TO THE MOTION TO
INTERVENE FILED BY THE INLAND
EMPIRE PAPER CO.        - 2
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
P.O. Box 7611
Washington D.C.  20044

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was electronically filed with the Clerk of the Court on August 8, 2016, using the CM/ECF system, which will send notification of said filing to the attorneys of record registered with the Court's CM/ECF system.

/S/ David Kaplan

EPA'S RESPONSE TO THE MOTION TO
INTERVENE FILED BY THE INLAND
EMPIRE PAPER CO.      - 3
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
P.O. Box 7611
Washington D.C.  20044