THE HONORABLE BARBARA J. ROTHSTEIN

JAMES A. TUPPER (WSB #16873)
LYNNE M. COHEE (WSB #18496)
Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, WA 98121
Phone: (206) 493-2300
Fax: (206) 493-2310
tupper@tmw-law.com
cohee@tmw-law.com

*Attorneys for Applicant Defendant-Intervenor
City of Coeur d'Alene*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB; and CENTER FOR ENVIRONMENTAL LAW AND POLICY, <br><br>　　Plaintiffs, <br>　and <br>THE SPOKANE TRIBE OF INDIANS, <br><br>　　Plaintiff-Intervenor, <br><br>　v. <br><br>DENNIS McLERRAN; GINA McCARTHY and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>　　Defendants, <br>　and <br>SPOKANE COUNTY; KAISER ALUMINUM OF WASHINGTON LLC; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY, <br><br>　　Defendant-Intervenors, <br>　and <br>CITY OF COEUR D'ALENE, an Idaho municipal corporation, <br><br>　　Applicant Defendant-Intervenor | NO. 2:11-CV-01759-BJR <br><br>REPLY IN SUPPORT OF CITY OF COEUR D'ALENE'S MOTION TO INTERVENE AS DEFENDANT PURSUANT TO FRCP 24(A) AND 24(B)) |

Applicant Defendant-Intervenor City of Coeur d'Alene ("Coeur d'Alene"), respectfully brings to this Court's attention the fact that no party to the case opposes Coeur d'Alene's Motion to Intervene as Defendant Pursuant to FRCP 24(A) and 24(B). Coeur d'Alene's motion is noted for August 12, 2016. Plaintiffs Sierra Club and Center for Environmental Law and Policy; plaintiff-intervenor Spokane Tribe of Indians; and defendant-intervenors Spokane County, Kaiser Aluminum and the Washington Department of Ecology did not file response briefs. Defendants Dennis McLerran, Gina McCarthy and U.S. Environmental Protection Agency filed a response brief on August 8, 2016 taking no position on Coeur d'Alene's motion. Dkt. No. 176.

This law firm brought motions to intervene on behalf of both Coeur d'Alene and, by separate motion, Inland Empire Paper Company. Should this Court grant both motions to intervene counsel will make every effort to avoid duplicative briefing, and will work with counsel for the existing defendant-intervenors to do the same. In addition, Coeur d'Alene will not seek to modify or delay the briefing schedule currently set for EPA's forthcoming motion to dismiss for lack of jurisdiction. Dkt. No. 167.

Dated this 11th day of August, 2016.

 /s/James A. Tupper
JAMES A. TUPPER (WSB #16873)
 /s/Lynne M. Cohee
LYNNE M. COHEE (WSB #18496)

TUPPER MACK WELLS PLLC
2025 First Avenue, Suite 1100
Seattle, WA  09121
Telephone: 206-493-2300
Fax: 206-493-2310
Email:  tupper@tmw-law.com
             cohee@tmw-law.com

*Attorneys for Applicant Defendant-Intervenor City of Coeur d'Alene*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of Western District of Washington at Seattle by using the CM/ECF system. Participants in this case No. 2:11-cv-01759-BJR who are registered CM/ECF users will be served by the CM/ECF system.

    /s/James A. Tupper_____

    /s/Lynne M. Cohee _____

4842-4900-9718, v. 1