1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SIERRA CLUB, *et al.*, | ) | No. C11-1759BJR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | UNOPPOSED MOTION AND |
| and | ) | STIPULATED [PROPOSED] ORDER TO |
| | ) | STAY DATE FOR FILING STATUS |
| THE SPOKANE TRIBE OF INDIANS, | ) | REPORT IN LIGHT OF LAPSE OF |
| | ) | APPROPRIATIONS |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | Note on Motions Calendar:  January 10, |
| | ) | 2019 |
| REGIONAL ADMINISTRATOR OF THE | ) | |
| ENVIRONMENTAL PROTECTION | ) | |
| AGENCY, CHRIS HLADIK, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPOKANE COUNTY; KAISER | ) | |
| ALUMINUM WASHINGTON LLC; and | ) | |
| STATE OF WASHINGTON | ) | |
| DEPARTMENT OF ECOLOGY, | ) | |
| | ) | |
| Defendant-Intervenors. | | |

_____

The United States of America hereby moves for a stay of the January 15, 2019, date for

UNOPPOSED MOTION AND STIPULATED
[PROPOSED] ORDER TO STAY
STATUS REPORT - 1
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

the parties to file their status report in this case.  This report is due on that date based on the

Court's prior Minute Order (Doc. No. 184), which granted the unopposed motion by Plaintiffs

and the Plaintiffs-Intervenor to stay this case and which directed the Parties to file a status report

every 120 days.  The grounds for this unopposed motion are as follows:

1.      At the end of the day on December 21, 2018, the appropriations act that had been

funding the Department of Justice expired and appropriations to the Department lapsed.  The

same is true for several other Executive agencies, including the defendants Regional

Administrator of the Environmental Protection Agency, *et al*. (collectively "EPA").  The

Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of the

Defendants are prohibited from working, even on a voluntary basis, except in very limited

circumstances, including "emergencies involving the safety of human life or the protection of

property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of the

January 15, 2019, date for filing the status report until Congress has restored appropriations to

the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as

soon as Congress has appropriated funds for the Department.  The Government requests that, at

that point, the current status report deadline be extended commensurate with the duration of the

lapse in appropriations.

5.      Counsel for all other parties in this case -- Plaintiffs Sierra Club and Center for

Environmental Law & Policy, Intervenor-Plaintiff Spokane Tribe of Indians, and Intervenor-

Defendants Spokane County, Kaiser Aluminum Washington LLC, and State of Washington,

UNOPPOSED MOTION AND STIPULATED
[PROPOSED] ORDER TO STAY
STATUS REPORT - 2
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

Department of Ecology -- have authorized the undersigned counsel for the federal Government to state that they have no objection to this motion, and that they stipulate to the requested order.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the federal Government hereby moves for a stay of the January 15, 2019, date for filing the joint status report in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

<u>ORDER</u>

IT IS SO ORDERED, on this _____ day of _____, 2019.

_____
United States District Judge

UNOPPOSED MOTION AND STIPULATED
[PROPOSED] ORDER TO STAY
STATUS REPORT - 3
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

Respectfully submitted by:

By: /S/ David Kaplan
DAVID J. KAPLAN
Attorneys for Federal Defendants
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov

And Order Stipulated to by:

By: /S/ David Kaplan
DAVID J. KAPLAN
Attorneys for Federal Defendants
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov


SMITH & LOWNEY, PLLC

By: /S/ Richard A. Smith
Richard A. Smith, WSBA #21788
Attorneys for Plaintiff
2317 E. John St., Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
rasmithwa@igc.org

FOSTER PEPPER PLLC

By: /S/ Lori Terry Gregory
Lori Terry Gregory, WSBA #22006
Attorneys for Intervenor Spokane County
1111 Third Ave., Ste. 3400, Seattle, WA 98101
(206) 447-4400
terrl@foster.com

PERKINS COIE LLP

UNOPPOSED MOTION AND STIPULATED
[PROPOSED] ORDER TO STAY
STATUS REPORT - 4
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

By: /S/ Margaret C. Hupp
Margaret C. Hupp, WSBA #43295
Attorneys for Intervenor Kaiser Aluminum Washington LLC
1201 Third Ave., Ste. 4800, Seattle, WA 98101
(206) 359-8000
MHupp@perkinscoie.com


BOB FERGUSON
Attorney General


By: /S/ Ronald L. Lavigne
Ronald L. Lavigne, WSBA #18550
Attorneys for Intervenor State of Washington, Dept. of Ecology
P.O. Box 40117, Olympia, WA 98504
(360) 586-6751
RonaldL@atg.wa.gov



/S/  Theodore C. Knight
Theodore Clare Knight, WSBA# 39683
Attorney for the Spokane Tribe of Indians
9121 NE Briar Rose Lane
Bainbridge Island, WA 98110
509-953-1908
Email: tedk@spokanetribe.com

UNOPPOSED MOTION AND STIPULATED
[PROPOSED] ORDER TO STAY
STATUS REPORT - 5
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing filing was electronically filed with the Clerk of the

Court on January 10, 2019, using the CM/ECF system, which will send notification of said

filing to the attorneys in this case registered with the Court's CM/ECF system.

/S/ David Kaplan

UNOPPOSED MOTION AND STIPULATED
[PROPOSED] ORDER TO STAY
STATUS REPORT - 6
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044