HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, | No. C11-1759BJR |
| Plaintiffs, | |
| and | JOINT STATUS REPORT |
| THE SPOKANE TRIBE OF INDIANS, | |
| Plaintiff-Intervenor, | |
| v. | |
| REGIONAL ADMINISTRATOR OF THE ENVIRONMENTAL PROTECTION AGENCY, CHRIS HLADICK, *et al.*, | |
| Defendants, | |
| and | |
| SPOKANE COUNTY; KAISER ALUMINUM WASHINGTON LLC; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY, | |
| Defendant-Intervenors. | |

The Parties in this action — Plaintiffs Sierra Club and Center for Environmental Law & Policy, Defendants Regional Administrator of the Environmental Protection Agency Chris

JOINT STATUS REPORT   - 1
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

Hladick, et al., (collectively "EPA"), Intervenor-Plaintiff Spokane Tribe of Indians (the "Tribe"), and Intervenor-Defendants Spokane County, Kaiser Aluminum Washington LLC, and State of Washington, Department of Ecology ("Ecology") — jointly submit this status report in accordance with the Court's January 17, 2017 Minute Order.  Doc. No. 184.  That Order granted the unopposed motion filed by Plaintiffs and the Tribe to stay this case and directed the Parties to file a status report every 120 days.  *Id.*

As previously explained, Ecology is undertaking the process to reissue National Pollutant Discharge Elimination System ("NPDES") permits for certain direct dischargers of, among other pollutants, total PCBs into the Spokane River.  Doc. No. 183 ¶ 4.  On November 28, 2016, EPA promulgated revisions to water quality criteria for toxic pollutants, including revisions to the water quality criteria for total PCBs.  Ecology is continuing to consider how to address the revised water quality criteria in NPDES permits for Spokane River dischargers.  In this regard, Ecology is continuing to develop a permitting strategy.  In addition, based on an administrative petition for reconsideration, which EPA granted on August 3, 2018, EPA is in the process of reconsidering certain water quality criteria for toxic pollutants, including those for total PCBs, that were promulgated on November 28, 2016.

The Spokane River Regional Toxics Task Force is continuing to implement its *Comprehensive Plan to Reduce Polychlorinated Biphenyls (PCBs) in the Spokane River* (Nov. 29, 2016), including with the support of the Washington legislature's $310,000 appropriation for the current biennium.  As reported previously, the implementation actions in the Comprehensive Plan include: identification, evaluation, and cleanup of known PCB contamination (specifically impacting groundwater); implementation of stormwater controls and management activities; product testing and establishing procurement and purchasing standards for products and

JOINT STATUS REPORT   - 2
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

packaging containing PCBs; support of green chemistry research; public outreach and education; support of rulemaking to eliminate or reduce inadvertently generated PCBs; research on emerging end of pipe treatment technologies; building demolition and renovation best management practices; and other studies to address data gaps.  Ecology and the Task Force are also independently assessing in-stream ambient concentrations for PCBs.  Since our prior status report, the Task Force has taken or begun the following actions:

- approved a memo describing the results of research into groundwater wells upgradient of the Kaiser facility.

- approved the white paper prepared by Northwest Green Chemistry regarding inadvertent PCBs in pigments.

- presented preliminary data from the August 2018 synoptic (water column) survey at the December Task Force meeting, with the expectation that a draft report will be available this spring.

- developing a centralized database where all relevant data can be stored and accessed.

As previously explained, Plaintiffs and the Tribe may voluntarily dismiss this case based in part upon the terms that Ecology includes in the relevant NPDES permits upon renewal.  *See* Doc. No. 183 ¶ 5.

Accordingly, the Parties continue to believe that proceedings in this case should remain stayed.  Therefore, no action is required of the Court at this time, and the Parties will file as appropriate a status report within the next 120 days in accordance with the Court's Minute Order.

Respectfully submitted by:

SMITH & LOWNEY, PLLC

By: /S/ Richard Smith
Richard A. Smith, WSBA #21788
Attorneys for Plaintiff
2317 E. John St., Seattle, WA 98112

JOINT STATUS REPORT  - 3
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

Tel: (206) 860-2883
Fax: (206) 860-4187
rasmithwa@igc.org

By: /S/ David Kaplan
DAVID J. KAPLAN
Attorneys for Federal Defendants
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov

ANNETTE L. HAYES
United States Attorney
REBECCA S. COHEN, WSBA #31767
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Rebecca.cohen@usdoj.gov

FOSTER PEPPER PLLC

By: /S/ Lori Gregory
Lori Terry Gregory, WSBA #22006
Attorneys for Intervenor Spokane County
1111 Third Ave., Ste. 3400, Seattle, WA 98101
(206) 447-4400
terrl@foster.com

PERKINS COIE LLP

By: /S/ Margaret Hupp
Margaret C. Hupp, WSBA #43295
Attorneys for Intervenor Kaiser Aluminum Washington LLC
1201 Third Ave., Ste. 4800, Seattle, WA 98101
(206) 359-8000
MHupp@perkinscoie.com

BOB FERGUSON
Attorney General

By: /S/ Ronald Lavigne
Ronald L. Lavigne, WSBA #18550

JOINT STATUS REPORT   - 4
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

Attorneys for Intervenor State of Washington, Dept. of Ecology
P.O. Box 40117, Olympia, WA 98504
(360) 586-6751
RonaldL@atg.wa.gov

<u>/S/  Theodore Knight</u>
Theodore Clare Knight, WSBA# 39683
Attorney for the Spokane Tribe of Indians
9121 NE Briar Rose Lane
Bainbridge Island, WA 98110
509-953-1908
Email: tedk@spokanetribe.com

JOINT STATUS REPORT  - 5
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing filing was electronically filed with the Clerk of the Court on Feburary 15, 2019, using the CM/ECF system, which will send notification of said filing to the attorneys in this case registered with the Court's CM/ECF system.

/S/  David Kaplan

JOINT STATUS REPORT   - 6
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044