HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SIERRA CLUB, *et al.*, | ) | No. C11-1759BJR |
| Plaintiffs, | ) | |
| | ) | JOINT MOTION TO GOVERN AND |
| and | ) | STIPULATED [PROPOSED] ORDER |
| | ) | SETTING BRIEFING SCHEDULE FOR |
| THE SPOKANE TRIBE OF INDIANS, | ) | EPA'S AND INTERVENOR- |
| | ) | DEFENDANTS' MOTIONS TO DISMISS |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | Note on Motions Calendar:  June 17, 2020 |
| | ) | |
| REGIONAL ADMINISTRATOR OF THE | ) | |
| ENVIRONMENTAL PROTECTION | ) | |
| AGENCY, CHRIS HLADICK, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPOKANE COUNTY; KAISER | ) | |
| ALUMINUM WASHINGTON LLC; and | ) | |
| STATE OF WASHINGTON | ) | |
| DEPARTMENT OF ECOLOGY, | ) | |
| | ) | |
| Defendant-Intervenors. | | |

JOINT MOTION AND STIPULATED
[PROPOSED] ORDER SETTING
SCHEDULE FOR MOTIONS TO DISMISS   - 1

Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1

2

The Parties in this action -- Plaintiffs Sierra Club and Center for Environmental Law & Policy (collectively "Sierra Club"), Defendants the Regional Administrator of the Environmental Protection Agency, Chris Hladick and the United States Environmental Protection Agency (collectively "EPA"), Plaintiff-Intervenor Spokane Tribe of Indians (the "Tribe"), Defendant-Intervenor Spokane County, Defendant-Intervenor Kaiser Aluminum Washington LLC, and Defendant-Intervenor State of Washington, Department of Ecology -- jointly submit this motion to govern and proposed stipulated briefing schedule for EPA's and the Defendant-Intervenors' motions to dismiss the supplemental complaints in this case.

The grounds for this joint motion and proposed stipulated briefing schedule are as follows:

1)      In this case, Plaintiff Sierra Club and Plaintiff-Intervenor the Tribe alleged in their original amended complaints under the Clean Water Act and Administrative Procedure Act ("APA") that EPA had a nondiscretionary duty under the Clean Water Act, based on the constructive submission theory, to issue a total maximum daily load ("TMDL") for polychlorinated biphenyls ("PCBs") for the Spokane River. After summary judgment briefing, the Court issued its opinion on March 16, 2015, holding  that a constructive submission did not occur and thus rejecting those claims, but also holding that EPA acted contrary to law and abused its discretion in finding  the Spokane River Regional Toxics Task Force ("Task Force") a suitable  alternative to the TMDL without a schedule, and remanding to EPA to adopt a schedule for measuring and the completion of the work of the Task Force on PCBs. Dkt. 120. EPA completed its response to the Court's remand on July 14, 2015. *See* Dkt. 129. On April 5, 2016, the Ninth Circuit dismissed appeals of the Court's opinion in this case (Dkt. 120). Dkt. 158.

JOINT MOTION AND STIPULATED
[PROPOSED] ORDER SETTING
SCHEDULE FOR MOTIONS TO DISMISS   - 2

Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

2)      The Court on June 1, 2016, granted Plaintiffs' motion for leave to file a supplemental complaint, Dkt. 160, which Sierra Club filed on June 2, 2016, Dkt. 162 (Sierra Club's Second Amended Complaint), and Plaintiff-intervenor the Tribe filed on June 24, 2016. Dkt. 168 (Tribe's Third Amended Complaint). Those supplemental complaints challenge under the Administrative Procedure Act EPA's response to the Court's remand. On June 23, 2016, the Parties stipulated to, and on June 24, 2016, the Court entered, a schedule to brief EPA's and Defendant-Intervenors' anticipated motions to dismiss the supplemental complaints. Dkts 166 & 167.

3)      Before briefing commenced on the anticipated motions to dismiss, Sierra Club and the Tribe, with the concurrences of the other parties, moved to hold this case in abeyance, because Plaintiffs stated that they were considering whether to voluntarily dismiss their supplemental complaints based upon the future outcome of certain ongoing State proceedings in other matters. Dkts. 180 & 183. To preserve the status quo that existed at the time based on the Parties' stipulation and the Court's prior orders regarding the anticipated motions to dismiss the supplemental complaints, Dkts. 166 & 167, that motion for a stay stipulated that if Sierra Club and the Tribe do not voluntarily dismiss this action, a motion to govern would be filed by all parties that would set out a schedule for EPA and the Defendant-Intervenors to file, brief and resolve their anticipated motions to dismiss this action before any additional substantive or procedural litigation in this case. Dkts. 180 & 183.

4)      The Court granted and extended the abeyance of this case on September 12, 2016 and January 26, 2017, Dkts. 182 & 184, and directed the Parties to file status reports every 120 days. Dkt. 184. Based on the aforementioned stipulations, the Court's orders provide that if Sierra Club and the Tribe do not voluntarily dismiss these cases, the Parties should file a motion

JOINT MOTION AND STIPULATED
[PROPOSED] ORDER SETTING
SCHEDULE FOR MOTIONS TO DISMISS   - 3

Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1
2
to govern that "set[s] out a schedule for EPA and Defendant-Intervenors to file and brief their anticipated motion to dismiss." Dkts. 182 & 184.

3
4
5
6
7
8
9
10
11
12
13
    5)     Plaintiff Sierra Club and Plaintiff-Intervenor the Tribe have decided not to voluntarily dismiss their supplemental complaints. Accordingly, the Parties propose the following stipulated briefing schedule to brief and resolve EPA's and the Defendant-Intervenors' anticipated motions to dismiss this case for lack of jurisdiction, before any other substantive or procedural motions are filed. To reduce potential redundancy and the number of separate motions to dismiss that may be necessary, the schedule proposes that the Defendant-Interveners file their motions to dismiss supporting EPA's motion  one week after EPA files its motion, that Plaintiff-Intervenor file its opposition one week after Sierra Club files its opposition, and limit the length of each of those filings by the Intervenors to 12 pages.

| | | | |
|---|---|---|---|
| 1.A. | EPA's Motion to Dismiss (limited to 24 pages) | | July 17, 2020 |
| 1.B. | Motions to Dismiss, by Spokane County, Kaiser Aluminum, and the State of Washington (each limited to 12 pages) | | July 24, 2020 |
| 2.A. | Consolidated Opposition to the Motions to Dismiss, to be filed by Sierra Club (limited to 36 pages) | | August 7, 2020 |
| 2.B. | Consolidated Opposition to the Motions to Dismiss, to be filed by the Tribe (limited to 12 pages) | | August 14, 2020 |
| 3.A. | EPA's Reply on its Motion to Dismiss (limited to 20 pages) | | August 28, 2020 |
| 3.B. | Replies, by Spokane County, Kaiser Aluminum, and the State of Washington (each limited to 6 pages) | | September 4, 2020 |

JOINT MOTION AND STIPULATED
[PROPOSED] ORDER SETTING
SCHEDULE FOR MOTIONS TO DISMISS   - 4

Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1

2    6)      While adhering to the stipulation, the Court's minute order and the schedule set

3    forth above, Sierra Club informs the Court that it ultimately intends to seek leave to file a Third

4    Supplemental Complaint to add additional claims under the Clean Water Act and the APA, and

5    to update Plaintiffs' allegations to account for the change in circumstances that have transpired in

6    the last four years since the filing of the Second Supplemental Complaint. Sierra Club issued a

7    supplemental Clean Water Act notice of intent to sue under 33 U.S.C. § 1365(b)(2) to the federal

8    defendants on February 21, 2020, to this end. The Sierra Club refrains from now moving to

9    amend its complaint only because the Parties' stipulation provides that the Court must first hear

10   and resolve EPA's and Defendant-Intervenors' motion or motions to dismiss.

11

12

13

14                                    ORDER

15

16

17

18   IT IS SO ORDERED, on this _____ day of _____, 2020.

19

20

21

22

23                                    _____

24                                    United States District Judge

25

26

27

28

29

JOINT MOTION AND STIPULATED
[PROPOSED] ORDER SETTING
SCHEDULE FOR MOTIONS TO DISMISS   - 5

Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1    Respectfully submitted by:

2                        SMITH & LOWNEY, PLLC

3                        By: /S/  Richard Smith
4                        Richard A. Smith, WSBA #21788
                         Attorneys for Plaintiff
5                        2317 E. John St., Seattle, WA 98112
                         Tel: (206) 860-2883
6                        Fax: (206) 860-4187

7

8
                         By: /S/ David Kaplan
9                        DAVID J. KAPLAN
                         Attorneys for Federal Defendants
10                       United States Department of Justice
                         Environmental Defense Section
11                       P.O. Box 7611
                         Washington, DC 20044
12                       (202) 514-0997
                         David.kaplan@usdoj.gov
13

14

15                       FOSTER GARVEY, PC

16
                         By: /S/ John Nelson
17                       John Ray Nelson, WSBA #16393
                         Attorneys for Intervenor Spokane County
18                       1111 Third Ave., Ste. 3400, Seattle, WA 98101
                         (206) 447-4400
19                       terrl@foster.com
20

21                       PERKINS COIE LLP

22
                         By: /S/ Margaret Hupp
23                       Margaret C. Hupp, WSBA #43295
                         Attorneys for Intervenor Kaiser Aluminum Washington LLC
24                       1201 Third Ave., Ste. 4800, Seattle, WA 98101
                         (206) 359-8000
25                       MHupp@perkinscoie.com

26

27

28

29

JOINT MOTION AND STIPULATED                          David J. Kaplan.
[PROPOSED] ORDER SETTING                    United States Department of Justice
SCHEDULE FOR MOTIONS TO DISMISS   - 6         Environmental Defense Section
                                                    P.O. Box 7611
Case No. C11-1759BJR                           Washington D.C. 20044

1

2
BOB FERGUSON
Attorney General

3
By: /S/ Ronald Lavigne
Ronald L. Lavigne, WSBA #18550

4
Attorneys for Intervenor State of Washington, Dept. of Ecology
P.O. Box 40117, Olympia, WA 98504

5
(360) 586-6751
RonaldL@atg.wa.gov

6

7
/S/ Theodore Knight

8
Theodore Clare Knight, WSBA# 39683
Attorney for Intervenor the Spokane Tribe of Indians

9
9121 NE Briar Rose Lane

10
Bainbridge Island, WA 98110
509-953-1908

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

JOINT MOTION AND STIPULATED
[PROPOSED] ORDER SETTING
SCHEDULE FOR MOTIONS TO DISMISS   - 7

Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing filing was electronically filed with the Clerk of the

Court on June 17, 2020, using the CM/ECF system, which will send notification of said filing to

the attorneys in this case registered with the Court's CM/ECF system.

/S/ David Kaplan

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

JOINT MOTION AND STIPULATED
[PROPOSED] ORDER SETTING
SCHEDULE FOR MOTIONS TO DISMISS   - 8

Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044