UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB; and CENTER FOR ENVIRONMENTAL LAW AND POLICY<br><br>      Plaintiffs,<br>and<br><br>SPOKANE TRIBE OF INDIANS,<br><br>      Plaintiff-Intervenor,<br><br>v.<br><br>CHRIS HLADICK, *et al*.<br>      Defendants<br><br>and<br><br>SPOKANE COUNTY; KAISER ALUMINUM WASHINGTON LLC; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY,<br><br>      Defendant-Intervenors. | No. 11-cv-1759-BJR<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL COMPLAINT |

1  Upon consideration of Plaintiffs' Motion for Leave to File Third Supplemental
2  Complaint (Dkt. No. 211), the argument and materials submitted in support of the motion, and
3  because Defendants do not oppose the motion (Dkt. No. 214), the Court HEREBY GRANTS the
4  motion.

5  Dated this 4th day of January 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge