HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, | ) |
| | ) No. C11-1759BJR |
| Plaintiffs, | ) |
| | ) JOINT MOTION AND STIPULATED |
| and | ) ORDER SETTING DATE FOR FILING |
| | ) RESPONSIVE PLEADINGS TO |
| THE SPOKANE TRIBE OF INDIANS, | ) PLAINTIFFS' THIRD SUPPLEMENTAL |
| | ) COMPLAINT |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| REGIONAL ADMINISTRATOR OF THE | ) |
| ENVIRONMENTAL PROTECTION | ) |
| AGENCY, CHRIS HLADICK, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| SPOKANE COUNTY; KAISER | ) |
| ALUMINUM WASHINGTON LLC; and | ) |
| STATE OF WASHINGTON | ) |
| DEPARTMENT OF ECOLOGY, | ) |
| | ) |
| Defendant-Intervenors. | ) |

The Parties in this action -- Plaintiffs Sierra Club and Center for Environmental Law & Policy (collectively "Sierra Club"), Defendants Regional Administrator of the Environmental Protection Agency, Chris Hladick and the United States Environmental Protection Agency (collectively "EPA"), Intervenor-Plaintiff Spokane Tribe of Indians (the "Tribe"), Intervenor-Defendant Spokane County, Intervenor-Defendant Kaiser Aluminum Washington LLC, and Intervenor-Defendant State of Washington, Department of Ecology -- jointly submit this motion and proposed stipulated order to require that responsive pleadings to Plaintiffs' Third Supplemental Complaint (Dkt. 217) be filed on or before February 25, 2021.

This joint motion and proposed stipulated order are appropriate because on January 4, 2021, the Court granted Sierra Club's motion to file a third supplemental complaint, Dkt. 216, and on January 6, 2021, Plaintiffs filed their Third Supplemental Complaint. Dkt. 217. Federal Rule 15(d) neither requires nor sets a date for filing responsive pleadings to such supplemental pleadings, although it provides that the Court may order that a responsive pleading be filed by a specified date. Accordingly, the Parties request an order requiring that responsive pleadings to Plaintiffs' Third Supplemental Complaint be filed on or before February 25, 2021.

ORDER

IT IS SO ORDERED, on this 20th day of January 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge