HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SIERRA CLUB, *et al.*, | ) | No. C11-1759BJR |
| Plaintiffs, | ) | |
| | ) | STIPULATED JOINT MOTION TO |
| and | ) | ESTABLISH A MODIFIED SUMMARY |
| | ) | JUDGMENT BRIEFING SCHEDULE, |
| THE SPOKANE TRIBE OF INDIANS, | ) | AND ORDER |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REGIONAL ADMINISTRATOR OF THE | ) | |
| ENVIRONMENTAL PROTECTION | ) | |
| AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPOKANE COUNTY; KAISER | ) | |
| ALUMINUM WASHINGTON LLC; and | ) | |
| STATE OF WASHINGTON | ) | |
| DEPARTMENT OF ECOLOGY, | ) | |
| | ) | |
| Defendant-Intervenors. | | |

STIPULATED MOTION AND ORDER RE
SUMMARY JUDGMENT BRIEFING
SCHEDULE               - 1
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Defendants the Regional Administrator of the Environmental Protection Agency, et al. (collectively "EPA"), Defendant-Intervenor State of Washington, Department of Ecology, Defendant-Intervenor Spokane County, and Defendant-Intervenor Kaiser Aluminum Washington LLC jointly submit this motion to extend the date for these parties to file their cross-motions for summary judgment and oppositions to Plaintiffs' motion for summary judgment, which was filed on July 2, 2021 (Doc. 238), and to set a comprehensive briefing schedule and format for the remaining briefing on these summary judgment motions.  Plaintiffs Sierra Club and Center for Environmental Law & Policy (collectively "Sierra Club") and Plaintiff-Intervenor Spokane Tribe of Indians stipulate to this motion.

The grounds for this joint motion and proposed stipulated briefing schedule are as follows:

1)    Plaintiff Sierra Club filed on July 2, 2021, a motion for summary judgment on their claim under the Clean Water Act that EPA a has nondiscretionary duty to issue a total maximum daily load ("TMDL") for polychlorinated biphenyls ("PCBs") for the Spokane River and on their claim under the Administrative Procedure Act that challenges EPA's Plan for Addressing PCBs in the Spokane River.  Doc. 238.  Plaintiff-Intervenor the Spokane Tribe joined that motion on July 6, 2021. Doc. 243.

2)    Under the Court's standing order, Defendants' and Defendant-Intervenors' oppositions to this motion for summary judgment is currently due July 23, 2021. These parties each require a 28-day extension of time to file their consolidated cross-motions for summary judgment and oppositions to Plaintiffs' motion for summary judgment, due to conflicts with long-scheduled family obligations and pre-existing obligations in other judicial proceedings. These obligations include, among other things, that when Plaintiffs' motion for summary

STIPULATED MOTION AND ORDER RE
SUMMARY JUDGMENT BRIEFING
SCHEDULE                    - 2
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1
2
3
4
5
6
7
8

judgment was filed on July 2, 2021, counsel for Defendant-Intervenor the State of Washington

was on travel on the East Coast until July 12, visiting a family member recovering from a recent

serious medical procedure, and that same counsel has a reply brief due and oral argument

scheduled in another case on July 19 and 23, respectively.  Counsel for Washington also has

previously planned vacation time in August.  In addition, counsel for EPA will be on travel, for

long-planned family reunions, from July 24 through August 2, and from August 9 through

August 14, and plans to drive his daughter to college on August 16 through 17.

9
10
11
12
13
14

       3)      Given the number of parties in this case, the proposed schedule below also sets

out an efficient, comprehensive process for the remaining briefing on Plaintiffs' motion for

summary judgement and the Defendant and Defendant-Intervenors' cross-motions for summary

judgment.  To ensure efficient briefing, this schedule reduces redundancy and the pages

otherwise available for each of the intervenors' briefs.

15
16

1.A.   EPA's Opposition to Plaintiffs' Motion for SJ and
Cross-Motion for SJ (limited to 30 pages)         Aug. 20, 2021

17
18
19

1.B.   Oppositions to Plaintiffs' Motions for SJ and
Cross-Motions for SJ, by Spokane County, Kaiser Aluminum,
and the State of Washington
(each limited to 20 pages)         Aug. 20, 2021

20
21
22

2.A.   Plaintiffs' Consolidated Opposition to the Cross-Motions
for SJ and Reply in Support of Plaintiffs' Motion for SJ
(limited to 30 pages)         Sep. 10, 2021

23
24

2.B.   Spokane Tribe's Consolidated Opposition to the Cross-Motions
for SJ and Reply in Support of Plaintiffs' Motion for SJ
(limited to 20 pages)         Sep. 10, 2021

25
26

3.A.   EPA's Reply in Support of its Cross-Motion for SJ
(limited to 20 pages)         Sep. 24, 2021

27
28
29

3.B.   Replies in Support of EPA's Cross-Motion for SJ, by Spokane County,
Kaiser Aluminum, and the State of Washington
(each limited to 10 pages)         Sep. 24, 2021

STIPULATED MOTION AND ORDER RE
SUMMARY JUDGMENT BRIEFING
SCHEDULE      - 3
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

**<u>ORDER</u>**

IT IS SO ORDERED, on this 26th day of July, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
United States District Judge

STIPULATED MOTION AND ORDER RE
SUMMARY JUDGMENT BRIEFING
SCHEDULE              - 4
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1

Respectfully submitted by:

2

By: /S/ David Kaplan

3

DAVID J. KAPLAN
Attorneys for Federal Defendants

4

United States Department of Justice
Environmental Defense Section

5

P.O. Box 7611
Washington, DC 20044

6

(202) 514-0997

7

David.kaplan@usdoj.gov

8

9

FOSTER GARVEY, PC

10

By: /S/ John Nelson

11

John Ray Nelson, WSBA #16393
Attorneys for Intervenor Spokane County

12

1111 Third Ave., Ste. 3400
Seattle, WA 98101

13

(206) 447-4400
terrl@foster.com

14

15

PERKINS COIE LLP

16

By: /S/ Margaret Hupp

17

Margaret C. Hupp, WSBA #43295
Attorneys for Intervenor Kaiser Aluminum Washington LLC

18

1201 Third Ave., Ste. 4800
Seattle, WA 98101

19

(206) 359-8000

20

MHupp@perkinscoie.com

21

22

BOB FERGUSON
Attorney General

23

24

By: /S/ Ronald Lavigne

25

Ronald L. Lavigne, WSBA #18550
Attorneys for Intervenor State of Washington, Dept. of Ecology

26

P.O. Box 40117
Olympia, WA 98504

27

(360) 586-6751
RonaldL@atg.wa.gov

28

29

STIPULATED MOTION AND ORDER RE
SUMMARY JUDGMENT BRIEFING
SCHEDULE            - 5
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Stipulated to by:


SMITH & LOWNEY, PLLC

By: /S/  Marc Zemel
Marc Zemel, WSBA #44325
Richard A. Smith, WSBA #21788
Attorneys for Plaintiffs
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187


/S/ Theodore Knight
Theodore Clare Knight, WSBA# 39683
Attorney for Intervenor the Spokane Tribe of Indians
9121 NE Briar Rose Lane
Bainbridge Island, WA 98110
Tel: 509-953-1908

STIPULATED MOTION AND ORDER RE
SUMMARY JUDGMENT BRIEFING
SCHEDULE          - 6
Case No. C11-1759BJR