HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, | ) |
|  | ) No. C11-1759BJR |
| Plaintiffs, | ) |
|  | ) STIPULATED JOINT MOTION TO |
| and | ) MODIFY SUMMARY JUDGMENT |
|  | ) BRIEFING SCHEDULE TO ALLOW |
| THE SPOKANE TRIBE OF INDIANS, | ) SETTLEMENT DISCUSSIONS, AND |
|  | ) ORDER |
| Plaintiff-Intervenor, | ) |
|  | ) |
| v. | ) |
|  | ) |
| REGIONAL ADMINISTRATOR OF THE | ) |
| ENVIRONMENTAL PROTECTION | ) |
| AGENCY, *et al.*, | ) |
|  | ) |
| Defendants, | ) |
|  | ) |
| and | ) |
|  | ) |
| SPOKANE COUNTY; KAISER | ) |
| ALUMINUM WASHINGTON LLC; and | ) |
| STATE OF WASHINGTON | ) |
| DEPARTMENT OF ECOLOGY, | ) |
|  | ) |
| Defendant-Intervenors. | |
| _____ | |

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER       - 1
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Defendants the Regional Administrator of the Environmental Protection Agency, et al. (collectively "EPA"), Plaintiffs Sierra Club and Center for Environmental Law & Policy (collectively "Sierra Club/CELP"), and Plaintiff-Intervenor Spokane Tribe of Indians jointly submit this motion to extend by 137 days the existing dates set forth in the Court's order (Dkt 245) for briefing on Plaintiffs' motion for summary judgment and on EPA's and the Intervenor-Defendants' prospective cross-motions for summary judgment, to allow for settlement discussions and, if a proposed settlement can be reached, to obtain necessary approvals to enter that agreement. Defendant-Intervenor State of Washington, Department of Ecology, Defendant-Intervenor Spokane County, and Defendant-Intervenor Kaiser Aluminum Washington LLC, stipulate to the relief requested by this motion.

The grounds for this stipulated joint motion and proposed modified briefing schedule are as follows:

1)   Plaintiffs Sierra Club/CELP filed on July 2, 2021, a motion for summary judgment on their claim under the Clean Water Act that EPA has a nondiscretionary duty to issue a total maximum daily load ("TMDL") for polychlorinated biphenyls ("PCBs") for the Spokane River, and on their claim under the Administrative Procedure Act that challenges EPA's Plan for addressing PCBs in the Spokane River.  Doc. 238.  Plaintiff-Intervenor the Spokane Tribe joined that motion on July 6, 2021.  Doc. 243.

2)   On July 16, 2021, the Parties filed a stipulated joint motion that set out a comprehensive schedule for briefing on Plaintiffs' summary judgment motion and on the prospective cross-motions for summary judgment by EPA and the three Defendant-Intervenors.  Doc. 244.  The Court granted the stipulated joint motion.  Doc. 245.  Under the Court's order,

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER     - 2
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

EPA's and the Defendant-Intervenors' opposition briefs and cross-motions for summary judgment are due August 20, 2021.

3) Based on recent discussions between EPA, Plaintiffs, and the Tribe, these parties believe that it may be possible to reach a settlement of this case within the next 137 days. Accordingly, EPA, Plaintiffs, and the Tribe request that the dates in the briefing schedule entered by the Court be extended by 137 days, to allow for settlement discussions and, if a proposed settlement can be reached, to have that settlement approved by the relevant parties. Deferring briefing at this time would facilitate those discussions, both by preserving the resources otherwise spent on briefing, and by avoiding briefing that may be counter-productive to efforts to reach an agreement. Granting this extension may also preserve the resources of the Court, by averting the need to adjudicate the claims in this case if a settlement is reached.

4) Under this proposal, only the dates in the Court's existing briefing schedule would be modified, by extending each of the dates by 137 days. As so modified, this proposed schedule is as follows:

| | | |
|---|---|---|
| 1.A. | EPA's Opposition to Plaintiffs' Motion for SJ and Cross-Motion for SJ (limited to 30 pages) | Jan. 4, 2022 |
| 1.B. | Oppositions to Plaintiffs' Motion for SJ and Cross-Motions for SJ, by Spokane County, Kaiser Aluminum, and the State of Washington (each limited to 20 pages) | Jan. 4, 2022 |
| 2.A. | Plaintiffs' Consolidated Opposition to the Cross-Motions for SJ and Reply in Support of Plaintiffs' Motion for SJ (limited to 30 pages) | Jan. 25, 2022 |
| 2.B. | Spokane Tribe's Consolidated Opposition to the Cross-Motions for SJ and Reply in Support of Plaintiffs' Motion for SJ (limited to 20 pages) | Jan. 25, 2022 |
| 3.A. | EPA's Reply in Support of its Cross-Motion for SJ (limited to 20 pages) | Feb 8, 2022 |

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER     - 3
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

    3.B.    Replies in Support of EPA's Cross-Motion for SJ, by Spokane County, Kaiser Aluminum, and the State of Washington (each limited to 10 pages)    Feb 8, 2022

## ORDER

IT IS SO ORDERED, on this 18th day of August 2021.

_[signature]_

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER       - 4
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Respectfully submitted by:

By: /S/ David Kaplan
David J. Kaplan
Attorney for Federal Defendants
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov

SMITH & LOWNEY, PLLC

By: /S/ Richard Smith
Marc Zemel, WSBA #44325
Richard A. Smith, WSBA #21788
Attorneys for Plaintiffs
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
richard@smithandlowney.com
marc@smithandlowney.com

/S/ Theodore Knight
Theodore Clare Knight, WSBA# 39683
Attorney for Intervenor the Spokane Tribe of Indians
9121 NE Briar Rose Lane
Bainbridge Island, WA 98110
(509) 953-1908
ted@tcklaw.com

Stipulated to the relief requested, by:

FOSTER GARVEY, PC

By: /S/ John Nelson
John Ray Nelson, WSBA #16393
Lori Terry Gregory, WSBA #22006
Attorneys for Intervenor Spokane County
1111 Third Ave., Ste. 3400
Seattle, WA 98101
(206) 447-4400
john.nelson@foster.com
lori.terry@foster.com

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER     - 5
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1
2
3
4
5
6
7

PERKINS COIE LLP

By: /S/ Margaret Hupp
Margaret C. Hupp, WSBA #43295
Attorneys for Intervenor Kaiser Aluminum Washington LLC
1201 Third Ave., Ste. 4800
Seattle, WA 98101
(206) 359-8000
MHupp@perkinscoie.com

8
9
10
11
12
13
14

BOB FERGUSON
Attorney General

By: /S/ Ronald Lavigne
Ronald L. Lavigne, WSBA #18550
Attorneys for Intervenor State of Washington, Dept. of Ecology
P.O. Box 40117
Olympia, WA 98504
(360) 586-6751
RonaldL@atg.wa.gov

15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER     - 6
Case No. C11-1759BJR

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044