HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, | No. C11-1759BJR |
| Plaintiffs, | |
| and | UNOPPOSED MOTION, AND PROPOSED ORDER, TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE TO ALLOW EPA TO COMPLETE ITS REVIEW OF A PROPOSED SETTLEMENT |
| THE SPOKANE TRIBE OF INDIANS, | |
| Plaintiff-Intervenor, | |
| v. | |
| REGIONAL ADMINISTRATOR OF THE ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants, | |
| and | |
| SPOKANE COUNTY; KAISER ALUMINUM WASHINGTON LLC; and STATE OF WASHINGTON DEPARTMENT OF ECOLOGY, | |
| Defendant-Intervenors. | |

UNOPPOSED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER  - 1
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Defendants the Regional Administrator of the Environmental Protection Agency, et al. (collectively "EPA"), submit this motion to extend by 21 days the existing dates set forth in the Court's order (Dkt No. 248) for briefing on Plaintiffs' motion for summary judgment and on EPA's and the Intervenor-Defendants' prospective cross-motions for summary judgment, to allow EPA adequate time to complete its final review of a proposed consent decree. That decree, if approved by EPA senior officials and entered by the Court, would result in a full resolution of this lawsuit and thus render summary judgment motions moot. The undersigned counsel has been authorized by the respective counsel for the other parties in this case -- Plaintiffs Sierra Club and Center for Environmental Law & Policy, Plaintiff-Intervenor Spokane Tribe of Indians, Defendant-Intervenor State of Washington Department of Ecology, Defendant-Intervenor Spokane County, and Defendant-Intervenor Kaiser Aluminum Washington LLC -- to represent that they do not oppose the relief requested by this motion.

This Court previously granted an extension of the summary judgment briefing schedule in this case to afford EPA and Plaintiffs and Plaintiff-Intervenor time to explore settlement of this case. Since that time, these parties have negotiated a proposed consent decree that, if fully approved and entered by the Court, would resolve this lawsuit. EPA, however, requires up to an additional 21 days to complete its final review of the proposed consent decree before it can approve and sign the proposed consent decree and file it with the Court for entry. Accordingly, EPA requests that the existing summary judgment deadlines be extended by 21 days. In the unlikely event that EPA does not by that time approve the proposed consent decree and file it with the Court, EPA will confer with the other parties and file an appropriate motion governing any further modifications that may be necessary to the summary judgment briefing schedule.

UNOPPOSED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER  - 2
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Accordingly, if this 21-day extension request is granted, the schedule would be as follows:

| | | | |
|---|---|---|---|
| 1.A. | EPA's Opposition to Plaintiffs' Motion for SJ and Cross-Motion for SJ (limited to 30 pages) | | Jan. 25, 2022 |
| 1.B. | Oppositions to Plaintiffs' Motion for SJ and Cross-Motions for SJ, by Spokane County, Kaiser Aluminum, and the State of Washington (each limited to 20 pages) | | Jan. 25, 2022 |
| 2.A. | Plaintiffs' Consolidated Opposition to the Cross-Motions for SJ and Reply in Support of Plaintiffs' Motion for SJ (limited to 30 pages) | | Jan. 25, 2022 |
| 2.B. | Spokane Tribe's Consolidated Opposition to the Cross-Motions for SJ and Reply in Support of Plaintiffs' Motion for SJ (limited to 20 pages) | | Feb 15, 2022 |
| 3.A. | EPA's Reply in Support of its Cross-Motion for SJ (limited to 20 pages) | | March 1, 2022 |
| 3.B. | Replies in Support of EPA's Cross-Motion for SJ, by Spokane County, Kaiser Aluminum, and the State of Washington (each limited to 10 pages) | | March 1, 2022 |

<u>ORDER</u>

IT IS SO ORDERED, on this 30th day of December, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

UNOPPOSED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER  - 3
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Respectfully submitted by:

By: /S/ David Kaplan
David J. Kaplan
Attorney for Federal Defendants
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov

UNOPPOSED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER - 4
Case No. C11-1759BJR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044